HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAYLEY DAWSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company <br><br> Defendant. | No. 4:16-cv-05139-LRS <br><br> **ORDER OF DISMISSAL** |

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGED AND DECREED** that the above-entitled claims, both contractual and extra-contractual, against Defendant, and each and every portion thereof related to claims made by Plaintiff, shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

**DATED THIS** 2nd day of November, 2017.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Senior United States District Court Judge

ORDER OF DIMISSAL- 1
USDC Cause No. 4:16-cv-05139

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

4852-5891-8995.1

Presented by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Laura Hawes Young*
 Laura Hawes Young, WSBA # 39346
 Attorneys for Defendant State Farm

**ANDERSON LAW, PLLC**

By: */s/ Ned Stratton (per email authorization)*
 Ned Stratton, WSBA # 42299
 Attorneys for Plaintiff Hayley Dawson

ORDER OF DIMISSAL- 2
USDC Cause No. 4:16-cv-05139

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

4852-5891-8995.1